UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

JEAN B. ALFRED,

                Petitioner,

   -against-

MICHAEL B. MUKASEY, Attorney General of the
United States, Department of Homeland Security
New York District Director and Agents,

                Respondents.

------------------------------------------------------------X

07 CIVIL 7609 (PAC)(HBP)

**JUDGMENT**



    Whereas on September 26, 2007, the Honorable Henry B. Pitman, United States Magistrate Judge, having issued a report and recommendation ("report") recommending that the petition for a writ of habeas corpus under 28 U.S.C. 2241 be dismissed as moot, and the matter having come before the Honorable Paul A. Crotty, United States District Judge, and the Court, thereafter, on February 27, 2008, having rendered its Order adopting the report and denying the petition for a writ of Habeas Corpus, it is,

    **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 27, 2008, the report is adopted and the petition for a writ of habeas corpus is denied; accordingly, the case closed; the Court finds that because petitioner has not made a substantial showing of the denial of a federal right, appellate review is not warranted; the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Order dated February 27, 2008 would not be taken in good faith.

DATED: New York, New York
           February 29, 2008

                                          J. MICHAEL McMAHON

                                          **Clerk of Court**

                         BY:

                                            **Deputy Clerk.**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____